# ELECTRONIC RECORD

**1557-14**

COA # 06-14-00054-CR                OFFENSE: 22.02

STYLE: Juan Garza, Jr. v. The State of Texas                COUNTY: Dallas

COA DISPOSITION:    Modified and affirmed    TRIAL COURT: Criminal District Court No. 2

DATE: 10/30/14                Publish: No    TC CASE #: F-1230953-1

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Juan Garza, Jr. v. The State of Texas          CCA #: **1557-14**

_____APPELLANT'S_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____                JUDGE: _____

DATE: 02/25/2015              SIGNED: _____        PC: _____

JUDGE: _____           PUBLISH: _____        DNP: _____

- - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____